UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UTICA COMMUNITY SCHOOLS,

    Plaintiff,

v.                                      Case No. 13-14022

RICHARD J. ALEF,

    Defendant.
                                                 /

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

On March 12, 2015, the court held a off-the record status conference. During the status conference, the court advised the parties of its inclination to defer the issue of attorneys' fees in this case and in *Somberg v. Utica Community Schools* (No. 13-11810) until the determination of the forthcoming Cross Motions for Judgment on the Administrative Record in the latter case. Accordingly,

IT IS ORDERED that Defendant's Motion for Summary Judgment (Dkt. ## 6, 7) is DENIED WITHOUT PREJUDICE.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 13, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 13, 2015, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522